No. 74–1274. ABBOTT LABORATORIES ET AL. *v.* PORTLAND RETAIL DRUGGISTS ASSN., INC. C. A. 9th Cir. Motion of American Hospital Assn. for leave to file a

brief as *amicus curiae* and certiorari granted. MR. JUS-TICE DOUGLAS took no part in the consideration or decision of this motion and petition. Reported below: 510 F. 2d 486.